UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                    :
                                         :   Chapter 11
QUIGLEY COMPANY, INC.,                   :
                                         :   Case No. 04-15739 (SMB)
                  Debtor.                :
                                         :
----------------------------------------------------------------x

**STIPULATION AMONG HARTFORD COMPANIES[1], QUIGLEY COMPANY, INC. AND PFIZER INC. REGARDING PLAN OBJECTIONS AND RELATED DISCOVERY**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties set forth below that:

1. Hartford hereby withdraws with prejudice, with respect to Hartford only, Certain Insurers' First Joint Set of Requests for Production of Documents and Interrogatories Directed to Debtor and Pfizer dated March 28, 2008.

2. Pfizer hereby withdraws with prejudice its (a) Notice of Deposition of Corporate Representative of Hartford Accident and Indemnity Company, New England Insurance Company, First State Insurance Company, and Twin City Fire Insurance Company dated June 6, 2008, (b) First Set of Interrogatories to Hartford Accident and Indemnity Company, New England Insurance Company, First State Insurance Company, and Twin City Fire Insurance Company dated June 6, 2008, and (c) First Set of Requests for Production of Documents to Hartford Accident and Indemnity Company, New England Insurance Company, First State Insurance Company, and Twin City Fire Insurance Company dated June 6, 2008.

3. Quigley hereby withdraws with prejudice its (a) Notice of Deposition of Corporate Representative of Hartford Accident and Indemnity Company, New England

---

[1] For purposes of this Stipulation, the term "Hartford Companies" means, collectively, First State Insurance Company, on its own behalf and as the real party in interest as to certain insurance policies issued by Royal Indemnity Company; Hartford Accident and Indemnity Company; New England Insurance Company; First State Underwriters Agency of New England Reinsurance Company; and Twin City Fire Insurance Company.

SRZ-10935678.1

Insurance Company, First State Insurance Company, and Twin City Fire Insurance Company dated June 6, 2008, (b) First Set of Interrogatories to Hartford Accident and Indemnity Company, New England Insurance Company, First State Insurance Company, and Twin City Fire Insurance Company dated June 6, 2008, and (c) First Set of Requests for Production of Documents to Hartford Accident and Indemnity Company, New England Insurance Company, First State Insurance Company, and Twin City Fire Insurance Company dated June 6, 2008.

    4.    Each party is to bear its own fees, costs and expenses.

Dated:   New York, New York
            July 14, 2009

| SCHULTE ROTH & ZABEL LLP | GILBERT OSHINSKY LLP |
|---|---|
| By: /s/ Lawrence V. Gelber | By: /s/ David B. Killalea |
| Lawrence V. Gelber<br>Michael L. Cook<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 756-2000<br>Facsimile: (212) 593-5955 | David B. Killalea<br>1100 New York Avenue, NW, Suite 700<br>Washington, DC 20005<br>Telephone: (202) 772-2280<br>Facsimile: (202) 772-2282 |
| Attorneys for Quigley Company, Inc., Debtor and Debtor in Possession | Attorney for Pfizer Inc. |

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: /s/ Craig Goldblatt

   Craig Goldblatt
   Nancy Manzer
   Michelle Goldis
   399 Park Avenue
   New York, New York 10022
   Telephone: (212) 230 8800
   Facsimile: (212) 230 8888

Attorneys for Hartford Companies

SRZ-10935678.1

SO ORDERED: July 20, 2009

/s/ Stuart M. Bernstein
Hon. Stuart M. Bernstein
Chief United States Bankruptcy Judge

SRZ-10935678.1