Elihu Inselbuch (EI-2843)
Rita C. Tobin (RCT-5413)
CAPLIN & DRYSDALE, CHTD.
375 Park Avenue, 27th Floor
New York, New York 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Ronald E. Reinsel
CAPLIN & DRYSDALE, CHTD.
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
(202) 862-5000

Attorneys for Unsecured Creditors
Committee of Quigley Company, Inc.

**Hearing Date: September 23, 2009**
**Hearing Time: 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
QUIGLEY COMPANY, INC.,                             :     Chapter 11
Debtor.                                            :     Case No. 04-15739
                                                   :     (SMB)
                                                   :
                                                   :
                                                   :
------------------------------------------------------------x

**STATEMENT OF POSITION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS WITH RESPECT TO CONFIRMATION OF THE
DEBTOR'S FOURTH AMENDED AND RESTATED PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Committee"), by and

through its undersigned counsel, Caplin & Drysdale, Chartered, hereby states its

position with respect to the Court's consideration of confirmation of the Debtor's

Fourth Amended and Restated Plan Of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan").

Upon its independent consideration of the Plan and all of the relevant circumstances, and guided particularly by the affirmative vote of its creditor constituency, the Committee supports confirmation of the Plan.

The Committee's support of the Plan is without prejudice to the rights of any member of the Committee, including certain members of the Committee who concurrently are also members of the Ad Hoc Committee of Tort Victims, to oppose confirmation of the Plan.

## Conclusion

For all the above reasons, the Committee urges that the Plan be confirmed.

Respectfully submitted,

CAPLIN & DRYSDALE, CHARTERED

Elihu Inselbuch
Rita C. Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
(212) 319-7125

Peter Van N. Lockwood
Ronald E. Reinsel
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, D.C. 20005
(202) 862-5000

Counsel for the Official Committee of
Unsecured Creditors

Dated: September 21, 2009