# Greenberg Traurig

John H. Bae
Tel 212.801.2216
Fax 212.801.6400
baej@gtlaw.com

October 12, 2009

**VIA HAND DELIVERY**

The Honorable Stuart M. Bernstein
Chief Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re: <u>In re Quigley Company, Inc.</u>, Case No. 04-15739 (SMB)

Dear Judge Bernstein:

We represent Pfizer Inc. ("Pfizer") in this chapter 11 case. We are writing in response to the request made by Allianz Global Risk U.S. Insurance Company (f/k/a Allianz Insurance Company) and Allianz Underwriters Insurance Company (f/k/a Allianz Underwriters Inc.) (collectively, "Allianz") for the Court's intervention in Allianz's document production request (ECF Docket # 1956) (the "Document Request"). Pfizer opposes the Document Request, and hereby joins in the statements made by Quigley Company Inc. ("Quigley") in its letter to the Court dated October 12, 2009 (ECF Docket # 1959) (the "Quigley Letter").

Allianz is a non-settled insurer that has coverage disputes with Pfizer and Quigley. Given that the documents listed in the Document Request have not been used as trial exhibits, the only apparent reason for the Document Request is to obtain information relating to the parties' insurance coverage disputes. As outlined in the Quigley Letter, the Document Request directly violates both the corrected stipulation and order concerning insurance issues approved by this Court on July 21, 2009 (ECF Docket # 1873) (the "Insurance Neutrality Stipulation") and the stipulation governing the production of confidential material entered on August 17, 2009 (Adv. Proc. No. 04-04262 (SMB), ECF Docket # 279) (the "Confidentiality Stipulation").

The Confidentiality Stipulation limits a party's use of confidential materials to purposes of Quigley's bankruptcy case. The Insurance Neutrality Stipulation bars Allianz from pursuing discovery or otherwise "participat[ing] in the Bankruptcy Case." Accordingly, there can be no legitimate purpose underlying Allianz's Document Request, and Pfizer respectfully requests that the Court deny Allianz's request for *ex parte* judicial intervention.

*NY 239,835,292v2 10-12-09*

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

We are available to answer any questions the Court may have.

Respectfully submitted,

*John H. Bae* /KRW

John H. Bae

cc: Gregory T. Arnold, Esq. (via e-mail)
Gregory Zipes, Esq. (via e-mail)
Michael Cook, Esq. (via e-mail)
Richard Milin, Esq. (via e-mail)
Rita Tobin, Esq. (via e-mail)
David Killalea, Esq. (via e-mail)
Sharla Frost, Esq. (via e-mail)
Gary Ticoll, Esq. (via e-mail)
Karel S. Karpe, Esq. (via e-mail)
Scott E. Ratner, Esq. (via e-mail)
Ronald E. Reinsel, Esq. (via e-mail)
Kevin C. Maclay, Esq. (via e-mail)
Edward Weisfelner, Esq. (via e-mail)
Jeffrey L. Jonas, Esq. (via e-mail)
James W. Stoll, Esq. (via e-mail)
Robert J. Ward, Esq. (via e-mail)