

GREGORY T. ARNOLD
Counselor at Law
direct dial: 617-856-8539
direct fax: 617-289-0453
garnold@brownrudnick.com

December 4, 2009

One
Financial
Center
Boston
Massachusetts
02111
*tel* 617.856.8200
*fax* 617.856.8201

**VIA FEDERAL EXPRESS**

All Law Firms on Attached Exhibit A

RE: *In Re Quigley Company, Inc.*

Dear Counsel:

We are counsel for the Ad Hoc Committee of Tort Victims in the above-referenced bankruptcy matter. As you may be aware, the Confirmation Hearing in this case recently concluded. This letter is being sent to you at the Court's direction in order to inform you that the Settlement Agreement that your firm entered into with Pfizer, Inc. in connection with the Quigley bankruptcy (which we received from Pfizer during the course of discovery) has been accepted into evidence. For purposes of the public record, we are planning to redact client names and social security numbers prior to submitting final exhibits to the Court (the exhibits will not be filed on the docket, but will be submitted to the Court and may be cited in post-trial findings/rulings). If you have any objection to the inclusion of any other information contained your firm's settlement agreement (*i.e.*, total number of claims settled, total dollars received in the settlement, disease types settled, per-disease settlement amounts), you need to notify the Court by filing a motion justifying the basis for your objection and the manner in which you propose the Court treat the information. Any such motion must be made on or before **December 22, 2009**.

We are also filing this letter on the Court's docket so that all parties who have entered an appearance in the case, or are otherwise monitoring the proceedings, are aware of the situation. Please do not hesitate to contact me if you have any questions with respect to the foregoing.

Very truly yours,

**BROWN RUDNICK LLP**

Gregory T. Arnold /BMC.

Gregory T. Arnold

cc: Ronald Reinsel, Esquire (via regular mail)
 Michal Cook, Esquire (via regular mail)
 Sharla Frost, Esquire (via regular mail)
 John Bae, Esquire (via regular mail)
 Greg Zipes, Esquire (via regular mail)
 Richard Milin, Esquire (via regular mail)

# 1712301 v1 - arnoldgt - 024762/0001


brownrudnick.com

## Exhibit A

**SETTLING LAW FIRMS**

| | | |
|---|---|---|
| Aschcraft & Gerel LLP<br>Suite 1212<br>10 E. Balt. Street<br>Baltimore, MD 21202<br>-and-<br>2100 Merritt Avenue<br>Baltimore, MD 21222 | Baggett, McCall, Burgess Watson & Gaughan, PLC<br>3006 Country Club Road<br>P.O. Box 7820<br>Lake Charles, LA 70605 | Baron & Budd, PC<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219 |
| Bergmann & Frockt<br>705 Second Avenue<br>Suite 1601<br>Seattle, WA 98104 | Bevan & Associates<br>10360 Northfield Road<br>Northfield, OH 44067 | Bogdan Law Firm<br>7322 Southwest Freeway<br>Suite 868<br>Houston, TX 77074 |
| Brent Coon & Associates<br>3550 Fannin Street<br>Beaumont, TX 77701 | Bruegger & McCullough<br>9400 North Central Expressway<br>Suite 1305<br>Dallas, TX 75231 | Burns, James<br>2200 4th Avenue<br>Seatlle, WA 98121 |
| Byrd, Gibbs & Martin<br>427 East Fortification St.<br>Jackson, MS 39202 | The Carlile Law Firm<br>400 South Alamo Boulevard<br>Marshall, TX 75670 | Caroselli, Beachler, McTiernan Conboy<br>312 Boulevard of the Allies<br>8th Floor<br>Pittsburgh, PA 15222 |
| Cascino Vaughan Law Office, Ltd.<br>220 S. Ashland Avenue<br>Chicago, IL 60607 | Climaco, Lefkowitz, Peca, Wilcox & Garofoli<br>55 Public Square, Suite 1950<br>Cleveland, OH 44113 | Cumbest, Cumbest, Hunter & McCormick, P.A.<br>729 Watts Avenue<br>Drawer 1287<br>Pascagoula, Mississippi 39567 |
| Cuniff, Clifford W<br>Attorney At Law<br>200 E Lexington Street, #1200<br>Baltimore, MD 21202-3530 | Dies, Henderson & Carona<br>1009 West Green Avenue<br>Orange, TX 77630-5619 | Law Firm of John F. Dillon, plc, The<br>P.O. Box 369<br>Folsom, LA 70437 |
| Donaldson & Black, P.A.<br>208 West Wendover Avenue<br>Greensboro, NC 27401 | Ferraro & Associates<br>4000 Ponce de Leon Blvd.<br>Suite 700<br>Miami, FL 33146 | J. Patrick Fitzgerald & Associates, P.A.<br>110 Merrick Way (Coral Gables)<br>Suite 3B<br>Miami, Florida 33134 |

| Ryan A. Foster & Associates, PLLC<br>440 Louisiana Street<br>Suite 850<br>Houston, TX 77002-1636 | Foster & Sear, L.L.P.<br>817 Greenview Drive<br>Grand Prairie, TX 75050 | Frazer Davidson, P.A.<br>500 East Capitol Street<br>Jackson, MS 39201 |
|---|---|---|
| Jon L. Gelman, Law Offices of<br>1450 Valley Road<br>Suite 2<br>Wayne, NJ 07470-2039 | Gillenwater Nichol & Associates<br>6401 Baum Drive<br>Knoxville, TN 37919 | Goldberg, Persky & White, P.C.<br>1030 Fifth Avenue, Third Floor<br>Pittsburgh, PA 15219-6295 |
| Goldernberg, Miller, Heller & Antognoli PC<br>2227 South State Route 157<br>Edwardsville, IL 62025 | Goodman, Meagher & Enoch, LLP<br>111 North Charles Street, 7th Floor<br>Baltimore, MD 21201 | Gori Julian & Associates<br>156 N. Main St.<br>Edwardsville, IL 62025 |
| Harrison, Kemp & Jones, LLP<br>3800 Howard Hughes Parkway<br>Seventeenth Floor<br>Las Vegas, NV 89109 | Hartley & O'Brien PLLC<br>The Wagner Building<br>2001 Main Street, Suite 600<br>Wheeling, WV 26003 | Harvit & Schwartz, L.C.<br>2018 Kanawha Boulevard, East<br>Charleston, WV 25311 |
| Heard, Robins, Cloud, Black & Lubel, LLP<br>3800 Buffalo Speedway, 5th Floor<br>Houston, TX 77098 | James F. Humphreys & Assoc.<br>United Center, Suite 800<br>500 Virginia Street East<br>Charleston, WV 25301 | Jaques Admiralty Law Firm, P.C., The<br>1370 Penobscot Building<br>645 Griswold Street<br>Detroit, MI 48226-4192 |
| Kazan, McClain, Lyons, Greenwood & Harley PLC<br>171 Twelfth Street<br>Third Floor<br>Oakland, CA 94607 | Keahey Law Firm, The<br>One Independence Plaza<br>Suite 612<br>Birmingham, AL 35209<br><br>-and-<br>1005 Downtowner Boulevard<br>Mobile, AL 36609 | Kelley & Ferraro LLP<br>2200 Key Tower<br>127 Public Square<br>Cleveland, OH 44114 |
| Laudig George Rutherford & Sipes<br>(George & Sipes, LLP)<br>151 North Delaware Street<br>Suite 1700<br>Indianapolis, IN 46204 | Le Blanc & Waddell, LLP<br>23705 Ephraim Street<br>Plaquemine, LA 70764-3205 | Lipman, Katz & McKee, P.A.<br>5915 Ponce De Leon Boulevard<br>Suite 44<br>Coral Gables, FL 33146 |
| Lipsitz & Ponterio, LLC<br>135 Delaware Avenue, 5th Floor | Luckey & Mullins PLLC<br>2016 Bienville Boulevard<br>Ocean Springs, MS 39564 | Maples & Lomax<br>2502 Market St.<br>Pascagoula, MS 39567 |

| | | |
|---|---|---|
| Buffalo, NY 14202 | | |
| Michie Hamlett Lowry Rasmussen & Tweel PLLC<br>500 Court Square<br>Suite 300<br>Charlottesville, VA 22902 | Morris, Sakalarios & Blackwell, PLLC<br>1817 Hardy St.<br>Hattiesburg, MS 39401 | Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464 |
| Nicholl, Peter T., Law Offices of<br>36 South Charles Street<br>Suite 1700<br>Baltimore, MD 21201 | Nix, Patterson & Roach, LLP<br>205 Linda Drive<br>Daingerfield, TX 75638 | Norris & Phelps<br>101 Ferguson St.<br>Hattiesburg, MS 39401 |
| Odom & Elliot<br>1 East Mountain Street<br>Fayetteville, AR 72701 | Parks, Chris & Assoc.<br>1 Plaza Square<br>Port Arthur, TX 77642 | Peirce, Raimond & Coulter<br>2500 Gulf Tower<br>700 Grant Street<br>Pittsburgh, PA 15219 |
| Porter & Malouf<br>825 Ridgewood Road<br>Ridgeland, MS 39236<br><br>-and-<br><br>P.O. Box 12768<br>Jackson, MS, 39236 | Provost Umphrey Law Firm, LLP<br>(Texas Claimants)<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704 | Provost Umphrey Law Firm, LLP<br>(Non-Texas Claimants)<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704 |
| R.G. Taylor II, P.C.<br>One Allen Center<br>3400 Penthouse<br>500 Dallas Street<br>Houston, TX 77002 | Reyes & O'Shea, P.A.<br>1101 Brickell Ave.<br>Suite 1601<br>Miami, FL 33131 | Richardson, Patrick, Westbook & Brickman LLC<br>PO Box 879<br>Charleston, SC 29402 |
| Riggs, Abney, Neal, Turpen, Orbison & Lewis, A Professional Corporation<br>502 West Sixth Street<br>Tulsa, OK 74119-1010 | Shannon Law Firm, PLLC<br>100 West Gallatin Street<br>Hazlehurst, MS 39083 | Shepard Law Firm, The<br>10 High Street<br>Boston, MA 02110-1605 |
| Sieben Polk Law Offices<br>1640 S. Frontage Rd., Ste. 200<br>Hastings, MN 55033 | Silber Pearlman, LLC<br>2711 North Haskell Avenue<br>5th Floor<br>LB 32<br>Dallas, TX 75204-2911 | Simmons Cooper, LLC<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024 |
| Summer & Wyatt, P.C.<br>500 Lindsay Street<br>Chattanooga, TN 37403-3496 | Sutter Law Firm<br>2631 N. Meade Street<br>Suite 101 | David C. Thompson Attorney at Law, PC<br>321 Kittson Avenue |

| | Appleton, WI 54911 | P.O. Box 5235<br>Grand Forks, ND 58206-5235 |
|---|---|---|
| Thornton & Naumes LLP<br>100 Summer Street<br>30th Floor<br>Boston, MA 02110 | Wallace & Graham, P.A.<br>525 North Main Street<br>Salisbury, NC 28144 | Waters & Kraus<br>3219 McKinney Avenue<br>Dallas, TX 75204 |
| Weykamp, Paul, Law Offices<br>110 Saint Paul Street, Ste. 201<br>Baltimore, MD 21202-1700 | Williams Kherkher Law Firm, L.L.P.<br>8441 Gulf Freeway<br>Suite 600,<br>Houston, TX 77017-5051 | William Roberts Wilson, Jr., P.A.<br>Suite 500<br>2506 Lakeland Drive<br>Jackson, MS 39232 |
| Young, Reverman & Mazzei Co., L.P.A.<br>1014 Vine Street<br>Suite 2400<br>Cincinnati, OH 45202 | Riley Debrota LLP<br>(Young & Riley)<br>3815 River Crossing Parkway<br>Suite 340<br>Indianapolis, IN 46240 | Zamler, Mellen, & Shiffman P.C.<br>Advance Building<br>23077 Greenfield Road<br>Suite 557<br>Southfield, MI 48075 |
| Clapper, Patti, Schweizer & Mason<br>2330 Marinship Way<br>Suite 140<br>Sausalito, CA 94965 | David Law Firm, P.C., The<br>10655 Six Pines Drive, #260<br>The Woodlands, TX 77380 | Deakle-Couch Law Firm, P.L.L.C.<br>802 N. Main Street<br>P.O. Box 2072<br>Hattiesburg, MS 39403 |
| Early, Ludwick, Sweeney & Strauss, L.L.C.<br>360 Lexington Avenue<br>20th Floor<br>New York, NY 10017<br><br>-and-<br><br>Early, Ludwick, Sweeney & Strauss, L.L.C.<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06508-1866 | | |