Michael L. Cook
Robert J. Ward
Lawrence V. Gelber
SCHULTE ROTH & ZABEL LLP
Attorneys for the Debtor and Debtor in Possession
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:::
In re :::
::: Chapter 11
QUIGLEY COMPANY, INC., :::
::: Case No. 04-15739 (SMB)
:::
:::
Debtor. :::
---------------------------------------------------------------x

### NOTICE OF ADJOURNED CONFIRMATION HEARING
### CLOSING ARGUMENTS AND POST-TRIAL SUBMISSION SCHEDULE

**PLEASE TAKE NOTICE** that closing arguments for the confirmation hearing in the above-captioned case have been adjourned from December 10, 2009 to **December 16, 2009, at 3:00 p.m. (New York Time)**, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408, in the courtroom of the Honorable Stuart M. Bernstein, Chief United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the parties have agreed to the following schedule for post-trial submissions:

- Parties supporting confirmation of the chapter 11 plan of Quigley Company, Inc. (modified as of August 6, 2009) (the "Plan") will file their findings of fact and conclusions of law by **December 22, 2009**.

- Parties opposing confirmation of the Plan will file their findings of fact and conclusions of law by **January 13, 2010**.

- Parties supporting confirmation of the Plan will file any reply by **January 27, 2010**.

Dated: New York, New York
       December 8, 2009

SCHULTE ROTH & ZABEL LLP
Attorneys for the Debtors
and Debtors in Possession

By: /s/ Michael L. Cook
Michael L. Cook
Robert J. Ward
Lawrence V. Gelber
(Members of the Firm)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

To: All parties on the master service list