Michael L. Cook
Robert J. Ward
Lawrence V. Gelber
SCHULTE ROTH & ZABEL LLP
Attorneys for the Debtor and Debtor in Possession
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                                   :
                                                                        :   Chapter 11
QUIGLEY COMPANY, INC.,                                                  :
                                                                        :   Case No. 04-15739 (SMB)
                              Debtor.                                   :
------------------------------------------------------------------------x

## NOTICE OF AMENDED POST-TRIAL SUBMISSION SCHEDULE

**PLEASE TAKE NOTICE** that the parties, with the Court's approval, have agreed to the following amended schedule for post-trial submissions:

- Parties supporting confirmation of the chapter 11 plan of Quigley Company, Inc. (modified as of August 6, 2009) (the "Plan") will file their findings of fact and conclusions of law by **January 5, 2010**.

- Parties opposing confirmation of the Plan will file their findings of fact and conclusions of law by **January 27, 2010**.

- Parties supporting confirmation of the Plan will file any reply by **February 10, 2010**.

Dated:  New York, New York
        December 17, 2009          SCHULTE ROTH & ZABEL LLP
                                   Attorneys for the Debtors
                                   and Debtors in Possession


                                   By:  /s/  Michael L. Cook
                                   Michael L. Cook
                                   Robert J. Ward
                                   Lawrence V. Gelber
                                   (Members of the Firm)
                                   919 Third Avenue
                                   New York, New York 10022
                                   Telephone: (212) 756-2000
                                   Facsimile: (212) 593-5955

To: All parties on the master service list

DOC ID-11040954.2