# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Quigley Company, Inc.                    CASE NO.: 04–15739–smb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
13–1191690

---

## Notice to All Creditors and Interested Parties

Please be advised that a hearing has been scheduled by the United States Trustee on January 13, 2011 at 2:00 pm before the Honorable Stuart M. Bernstein for entry an order dismissing this case.

Dated: December 23, 2010                    Vito Genna
                                           Clerk of the Court