**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
Edward S. Weisfelner (EW-5581)

One Financial Center
Boston, MA 02111
(617) 856-8200
Jeffrey L. Jonas (JJ-5670)
James W. Stoll (JS-5931)

*Counsel to the Ad Hoc Committee Of Tort Victims*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| QUIGLEY COMPANY, INC., | : | Case No. 04-15739 (SMB) |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------X

| | | |
|---|---|---|
| QUIGLEY COMPANY, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 04-04262 (SMB) |
| | : | |
| A.C. COLEMAN, <u>et al.</u>, | : | |
| Defendants. | : | |

-------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING ON
(I) MOTION OF THE AD HOC COMMITTEE OF TORT VICTIMS FOR AN
ORDER DISMISSING QUIGLEY COMPANY INC.'S BANKRUPTCY CASE AND (II)
MOTION OF THE AD HOC COMMITTEE OF TORT VICTIMS FOR AN ORDER (A)
DISSOLVING THE EXISTING INJUNCTION AND (B) IF AND TO THE EXTENT
<u>NECESSARY, GRANTING RELIEF FROM THE AUTOMATIC STAY</u>**

**PLEASE TAKE NOTICE** that the hearing to consider (i) the Motion of the Ad Hoc

Committee of Tort Victims for an Order Dismissing Quigley Company Inc's Bankruptcy Case

[Docket No. 2135] and (ii) the Motion of the Ad Hoc Committee of Tort Victims for an Order

(a) Dissolving the Existing Injunction and (b) if and to the Extent Necessary, Granting Relief

from the Automatic Stay [Docket No. 2136], scheduled for January 24, 2011 at 2:00 p.m. is hereby adjourned to **February 2, 2011 at 2:00 p.m.** (the "Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable Judge Stuart M. Bernstein at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing may be further adjourned from time to time by notice filed on the Electronic Case Filing system.

Dated: New York, NY
January 21, 2011

Respectfully submitted,

**BROWN RUDNICK LLP**

By: /s/ Edward S. Weisfelner
Edward S. Weisfelner (EW-5581)
7 Times Square
New York, NY 10036
(212) 704-0100

Jeffrey L. Jonas (JJ-5670)
James W. Stoll (JS-5931)
One Financial Center
Boston, MA 02111
(617) 856-8200

COUNSEL TO THE AD HOC COMMITTEE OF TORT VICTIMS