Michael L. Cook
Lawrence V. Gelber
SCHULTE ROTH & ZABEL LLP
Attorneys for the Debtor and Debtor in Possession
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Chapter 11
QUIGLEY COMPANY, INC.,                                         :
                                                               :   Case No. 04-15739 (SMB)
                                                               :
                            Debtor.                            :
---------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 7, 2011

**PLEASE TAKE NOTICE** that the hearings on the following matters currently scheduled for June 7, 2011, at 10:00 a.m. (New York time), have been adjourned to **August 4, 2011, at 10:00 a.m. (New York time)** in the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004-1408, in the courtroom of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge:

1) Motion for an Order Dismissing Quigley's Bankruptcy Case Prosecuted by Hissey Kientz, L.L.P., Hissey, Kientz & Herron P.L.L.C., and Reaud, Morgan & Quinn, L.L.P. [Docket Nos. 2135, 2165, and 2168];

2) Motion for an Order (a) Dissolving the Existing Injunction and (b) if and to the Extent Necessary, Granting Relief from the Automatic Stay Prosecuted by Hissey Kientz, L.L.P., Hissey, Kientz & Herron P.L.L.C., and Reaud, Morgan & Quinn, L.L.P. [Docket Nos. 2136, 2166, and 2167];

3) Motion of the U. S. Trustee for an Order Dismissing This Case [Docket No. 2188]; and

4) Motion of Quigley for an order: (I) Approving its Disclosure Statement; (II) Approving its Second Amended Ballot Solicitation and Tabulation Procedures, Forms of Ballots, and Manner of Notice; (III) Estimating Each Voting Asbestos PI Claim Solely For Voting Purposes Using Amounts Set Forth in the Asbestos PI Trust Distribution Procedures; and (IV) Fixing Date, Time and Place for Confirmation Hearing and Deadline for Filing Objections thereto [Docket No. 2268] (the "Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE** that the deadline to object to the Disclosure Statement Motion has been extended to **July 28, 2011, at 5:00 p.m. (New York time)**.

Dated: New York, New York
June 1, 2011

SCHULTE ROTH & ZABEL LLP
Attorneys for Quigley Company, Inc.

By: /s/ Lawrence V. Gelber
Michael L. Cook
Lawrence V. Gelber
(Members of the Firm)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
E-mail: michael.cook@srz.com
E-mail: lawrence.gelber@srz.com