

In re Quigley Co., Inc., Case No. 04-15739
Lovett, Suzanne D.T.
to:
'Bernstein.chambers@nysb.uscourts.gov'
07/14/2011 11:01 AM
Cc:
"Cook, Michael", "'Gelber, Lawrence'", "'Paek, Mike'", "Hirsch, Adam", "EWEISFELNER@BROWNRUDNICK.COM", "'Jonas, Jeffrey L.'", "Montgomery, Thomas H.", "Elihu Inselbuch", "'RER@capdale.com'", "'Rita Tobin'", "'Richard Milin'", "'seratner@teamtogut.com'", "'atogut@teamtogut.com'", "'Zipes, Greg (USTP)'", "'hneier@fklaw.com'", "'tpitta@lowenstein.com'", "'wweintraub@fklaw.com'", "Goffman, Jay M", "Birnbaum, Sheila L"
Show Details

1 Attachment



July 7 Letter to Hon Stuart M Bernstein.pdf

To the Chambers of the Honorable Stuart Bernstein,

As permitted by Chambers, we are writing to follow up on our July 7 letter to Chambers regarding the pending expedited appeal in the Second Circuit and the adjournment of the matters set for a hearing date on August 4 at 10:00 am -- specifically the motion for approval of Quigley's Disclosure Statement and the motions to dismiss the case and dissolve the preliminary injunction. A copy of our July 7 letter to Chambers is attached for reference.

All of the interested parties and constituents in the case have indicated their consent to an adjournment of the August 4th hearing date. At this time, Pfizer and Quigley believe it is prudent to wait for the Second Circuit to set a date for oral argument before scheduling a new hearing date in the bankruptcy proceeding. If this is acceptable to the Court, Quigley will promptly file a notice of adjournment without date. We will continue to advise Chambers of further developments in the Second Circuit appeal, including the date for oral argument when it has been scheduled.

We are available at the Court's convenience for any further discussion of this matter.

Respectfully submitted,

Suzanne Lovett

Suzanne D. T. Lovett, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square, New York, New York 10036-6522
Tel: 212.735.2689  Fax: 917.777.2689
suzanne.lovett@skadden.com

Skadden

*[Handwritten note:]* The August 4, 2011 hearing is adjourned sine die. SMB 7/15/11

----
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise

# Skadden, Arps, Slate, Meagher & Flom LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
(212) 735-2120
DIRECT FAX
(917) 777-2120
EMAIL ADDRESS
JAY.GOFFMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

July 7, 2011

BY HAND DELIVERY

Chambers of the Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

RE: In re Quigley Company, Inc., Case No. 04-15739

Dear Judge Bernstein:

As you are aware, we are counsel to Pfizer in the Quigley chapter 11 case. Consistent with my letters dated June 30 and July 5, 2011, we are writing to keep you apprised of developments with respect to the District Court's opinion and order related to the appeal by the Angelos Law Firm of the scope of the preliminary injunction.

Yesterday, the Second Circuit Court of Appeals entered an order granting Pfizer's motion to expedite the briefing schedule and argument in the pending appeal. A copy of the Second Circuit's order is enclosed for Your Honor's convenience.

The Second Circuit's order provides that the appeal will be fully briefed by September 16, 2011 and that oral argument will be heard as early as the week of September 26, 2011. In light of the expedited briefing and oral argument schedule set by the Second Circuit, Pfizer intends to confer with the parties in interest in this case to seek their consent to adjourn the hearing for approval of Quigley's Disclosure Statement, together with the pending motions to dismiss the case and dissolve the preliminary injunction. We will advise Your Honor as soon as we are able to ascertain whether all parties in interest will consent to an adjourned hearing date.

We will continue to keep Your Honor apprised of any other developments. We are available at Your Honor's request should you have any questions or concerns.

Respectfully submitted,

Jay M. Goffman

Encl.

cc: (via email)
Michael L. Cook, Esq.
Lawrence Gelber, Esq.
Jeffrey L. Jonas, Esq.
Richard K. Milin, Esq.
Hal Neier, Esq.
Thomas Pitta, Esq.
Scott Ratner, Esq.
Ronald E. Reinsel, Esq.
Al Togut, Esq.
William Weintraub, Esq.
Edward S. Weisfelner, Esq.
Greg M. Zipes, Esq.